LAWRENCE (GLEN), Respondent, vs. HANLEY, Appellant.

For the appellant: *Bagley, Spohn, Ross & Stevens* of Madison.

For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

LAWRENCE (LULU), Respondent, vs. HANLEY, Appellant.

For the appellant: *Bagley, Spohn, Ross & Stevens* of Madison.

For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

CRANEY, Respondent, vs. KREGER and others, Appellants.

For the appellants: *John F. Kuehnl* and *Edward J. Malloy,* both of Kenosha.

For the respondent: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.